## CORPORATE ASSIGNMENT OF MORTGAGE

**Barnstable, Massachusetts**
**SELLER'S SERVICING #:** ▓▓▓▓▓▓ "PLESKUN"

MIN #: 100029500010630915  SIS #: 1-888-679-6377

Date of Assignment: December 15th, 2015
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR TAYLOR, BEAN & WHITAKER MORTGAGE CORP., ITS SUCCESSORS AND/OR ASSIGNS at P.O. BOX 2026, FLINT, MI 48501
Assignee: NATIONSTAR MORTGAGE LLC at 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC has a mailing address at P.O. BOX 2026, FLINT, MI 48501-2026

Executed By: LYDIA PLESKUN AND RICK HERRING To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR TAYLOR, BEAN & WHITAKER MORTGAGE CORP.
Date of Mortgage: 02/17/2006 Recorded: 03/07/2006 in Book/Reel/Liber: 20799 Page/Folio: 154 as Instrument No.: 13851 In the County of Barnstable, State of Massachusetts.

Property Address: 578 LOCUSTFIELD ROAD, FALMOUTH, MA 02540

Property Address:
578 LOCUSTFIELD ROAD
FALMOUTH, MA 02540

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $198,900.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR TAYLOR, BEAN & WHITAKER MORTGAGE CORP., ITS SUCCESSORS AND/OR ASSIGNS
On December 15th, 2015

By: _____
COLLEEN BARNETT, Assistant Secretary

*AD5*AD5NATT*12/15/2015 11:23:49 AM* NATT01NATTA00000000000000159150* MABARNS* 0625097191 MASTATE_MORT_ASSIGN_ASSN **BHENATT*

Recording Requested By:
Nationstar Mortgage
When Recorded Return To:
DOCUMENT ADMINISTRATION
Nationstar Mortgage
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

STATE OF Texas
COUNTY OF Dallas

On December 15th, 2015, before me, ERIC TODD RITTMUELLER, a Notary Public in and for Dallas in the State of Texas, personally appeared COLLEEN BARNETT, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

ERIC TODD RITTMUELLER
Notary Expires: 10/09/2017



(This area for notarial seal)

*AD5*AD5NATT*12/15/2015 11:23:49 AM* NATT01NATTA00000000000000000159150* MABARNS* 0625097191 MASTATE_MORT_ASSIGN_ASSN **BHENATT*



JOHN F. MEADE, REGISTER
BARNSTABLE COUNTY REGISTRY OF DEEDS
RECEIVED & RECORDED ELECTRONICALLY